[No. 64248-1-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JAMES COREY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00839-1, Eric Z. Lucas, J., entered September 3, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64332-1-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEROY TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13245-1, Harry J. McCarthy, J., entered October 2, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 64348-7-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN LEE SMALLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02482-9, Gregory P. Canova, J., entered September 28, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 64421-1-I. Division One. November 8, 2010.]

DALE NELSON ET AL., *Appellants*, v. G. WOLF ENTERPRISES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-06840-2, Thomas J. Wynne, J., entered October 8, 2009. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.